UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
 )  Case No. **08CR 429**
v. )
 )  Magistrate Judge Geraldine Soat Brown
ERIC LEONARD JACKSON )

FILED
JN MAY 29 2008
5-29-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before the Honorable Geraldine Soat Brown, a United States Magistrate Judge, and being duly sworn on oath, states: that in the District of Minnesota, ERIC LEONARD JACKSON, was charged in an indictment with a violation of Title 21, United States Code, Section 846, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Deputy United States Marshal

Subscribed and Sworn to before me this
29th day of May, 2008.

_____
Geraldine Soat Brown
United States Magistrate Judge

Bond set [or recommended] by issuing Court at _____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR08-079 ADM/RLE |
| ) | |
| Plaintiff, ) | (18 U.S.C. § 751(a)) |
| ) | |
| v. ) | |
| ) | |
| ERIC LEONARD JACKSON, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT 1
(Escape from Custody)

On or about November 7, 2007, in the State and District of Minnesota, the defendant,

**ERIC LEONARD JACKSON,**

did knowingly escape from custody in the Federal Prison Camp, Duluth, Minnesota, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Florida upon conviction for the commission of conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, in violation of Title 21 United States Code, Sections 846, 841(a)(1)(A) and 841(b)(1)(A); all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____      _____
ACTING UNITED STATES ATTORNEY                     FOREPERSON

SCANNED
MAR 10 2008
U.S. DISTRICT COURT

FILED MAR 10 2008
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____