# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 429 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Eric Leonard Jackson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Eric Leonard Jackson appears in response to arrest on 05/29/08. Defendant informed of his rights. Defendant waives identity hearing. The court finds defendant unable to afford counsel. James F. Young from the Federal Defender Panel is appointed as counsel for defendant. By agreement of the parties, the order of removal is stayed and a status hearing is set for 06/10/08 at 9:15 a.m. Defendant shall remain in custody pending the status hearing.

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|