## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 429 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Eric Leonard Jackson | | |

**DOCKET ENTRY TEXT**

Status hearing held. For the reasons stated on the record and by request of the defendant, James F. Young of the from the Federal Defender Panel is given leave to withdraw as counsel for the defendant and John Beal from the Federal Defender Panel is given leave to file an appearance on behalf of the defendant. Government moves for removal in custody. Defendant agrees to removal in custody without prejudice to defendant's right to a detention hearing in the charging district. Order defendant removed in custody to the District of Minnesota forthwith. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(g).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|