



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

June 16, 2008



Mr. Richard D. Sletten
Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: U.S.A. vs. Eric Leonard Jackson
Case No: 08 cr 429

**COPY**

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                          ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings      ( ) Final Commitment

(x) Financial Affidavit                   (x) Order of Removal

( ) Order appointing counsel              ( ) Order setting conditions of release

( ) CJA 20 Form                           (x) Detention Order

(x) Appearance form                       ( ) Appearance Bond

( ) Other                                 ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk

**FILED**

JUN 2 5 2008  **TG**
6-25-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT